**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1350**

_____

TERESA DOHERTY,

                Plaintiff - Appellant,

      v.

PNC MORTGAGE, A Division of PNC Bank, NA,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Terry L. Wooten, Chief District Judge. (0:14-cv-04013-TLW)

_____

Submitted: August 17, 2017                Decided: August 21, 2017

_____

Before KEENAN, THACKER, and HARRIS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Teresa Doherty, Appellant Pro Se. Michael Joseph Anzelmo, Thomas William McGee, III, NELSON MULLINS RILEY & SCARBOROUGH, LLP, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teresa Doherty appeals from the district court's orders denying relief in her action filed pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692-1692p (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Doherty v. PNC Mortgage*, No. 0:14-cv-04013-TLW (D.S.C. Aug. 21, 2015; filed Mar. 1, 2017 & entered Mar. 2, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*